Haslett *v.* Nixon.                    *75 Eq.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—14.

*For reversal*—None.

---

JAMES H. HASLETT, appellant,

*v.*

JAMES B. NIXON, respondent.

[Argued December 2d, 1908.   Decided March 1st, 1909.]

*Mr. Martin V. Bergen, Jr.,* for the appellant.

*Mr. Horace F. Nixon,* for the respondent.

Affirmed March 1st, 1909.

*For affirmance*—GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL—12.

*For reversal*—None.